IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02433-LTB-MEH

DAVID ROBERTS,

    Plaintiff,

v.

CITY OF STEAMBOAT SPRINGS FIRE DEPARTMENT, a Colorado municipal entity; and ROBERT STRUBLE, Fire Chief, in his individual capacity;

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 14, 2007.**

Based upon the parties' agreement, and the entire record herein, Defendants' Stipulated Motion for Protective Order [Filed May 11, 2007; Docket #14] is **granted**. The Court will sign the Protective Order and enter it on the record.