IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02433-LTB-MEH

DAVID ROBERTS,

    Plaintiff,

v.

CITY OF STEAMBOAT SPRINGS FIRE DEPARTMENT, a Colorado municipal entity; and ROBERT STRUBLE, Fire Chief, in his individual capacity;

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 21, 2007.**

Defendant's Unopposed Motion to excuse Defendant Struble from the Settlement Conference on June 26, 2007 [Filed June 19, 2007; Docket #18] is **granted**. Defendant Struble is to be available by telephone during the conference as necessary.