**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  06-cv-02433-LTB-MEH

DAVID ROBERTS,

       Plaintiff,

v.

CITY OF STEAMBOAT SPRINGS FIRE DEPARTMENT, a Colorado municipal entity, and ROBERT STRUBLE, Fire Chief, in his individual capacity,

       Defendants.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Joint Stipulation to Dismiss Defendant Robert Struble With Prejudice (Doc 22 - filed August 1, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE as to Defendant Robert Struble,** each party to pay their own fees and costs.

                                   BY THE COURT:

                                     s/Lewis T. Babcock
                                   Lewis T. Babcock, Judge

DATED:   August 2, 2007